Jesse P. Hayden, Appellee, v. Fred H. Bredemeier and Elsie Bredemeier, Appellants.

Gen. No. 9,511. (Abstract of Decision.)

Heard in this court at February term,

1940; opinion filed May 15, 1940. Eva L. Minor, for appellants; W. H. Dyer and E. P. Harney, for appellee. Opinion by JUSTICE DOVE. "Not to be published in full."